UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Lloyd T. Kearns and Doris T. Kearns | **Case No :** | 10-40570 - C - 7 |
| | | **Date :** | 3/1/2011 |
| | | **Time :** | 9:30 |
| **Matter :** | [62] - Counter Motion for Turnover [DNL-3] Filed by Trustee Susan K. Smith (stps) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
    Trustee - Susan K. Smith
    Trustee's Attorney - J. Russell Cunningham
**Respondent(s) :**
(by phone)     Debtor(s) Attorney - Richard Abdallah

HEARING CONTINUED TO: 3/15/11 at 09:30 AM