FILED
March 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D116

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Lloyd T. Kearns and Doris T. Kearns | **Case No :** | 10-40570 - C - 7 |
| | | **Date :** | 3/15/2011 |
| | | **Time :** | 09:30 |
| **Matter :** | [62] - Counter Motion for Turnover [DNL-3] Filed by Trustee Susan K. Smith (stps) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
    Trustee - Susan K. Smith
    Trustee's Attorney - J. Russell Cunningham
**Respondent(s) :**
(by phone)    Debtor(s) Attorney - Mitchell L. Abdallah
    Debtor - Lloyd T. Kearns
    Joint Debtor - Doris T. Kearns

CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is continued to September 27, 2011 at 1:30 p.m.

IT IS FURTHER ORDERED that the discovery deadline is August 31, 2011.

Dated: March 18, 2011

_____
United States Bankruptcy Judge