FILED
October 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003842259

J. RUSSELL CUNNINGHAM, State Bar #130578
J. LUKE HENDRIX, State Bar #271424
DAVID R. WIKSELL, State Bar #272490
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Susan K. Smith,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>LLOYD T. KEARNS and<br>DORIS T. KEARNS,<br><br>Debtors. | Case No. 10-40570-C-7<br>Chapter 7<br><br>DCN: DNL-6<br><br>Date: November 15, 2011<br>Time: 9:30 a.m.<br>Place: 501 I Street, 6th Floor<br>Courtroom 35; Dept. C<br>Sacramento, CA 95814 |

### NOTICE OF HEARING ON MOTION TO SELL 1.25% TIC INTEREST

TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD.

**PLEASE TAKE NOTICE** that on November 15, 2011, at 9:30 a.m., in the above-captioned court, located at 501 I Street, 6th Floor, Sacramento, California, Chapter 7 Trustee SUSAN K. SMITH ("Trustee") will and hereby does move for an order authorizing sale of the bankruptcy estate's 1.25% tenant-in-common interest in University Heights II. San Marcos TIC 17, LP ("TIC"), the owner of real property in San Marcos, Texas improved by an approximate 183,000 square foot, 202 unit apartment building, to AMERICAN SPECTRUM REALTY OPERATING PARTNERSHIP, L.P. ("Buyer") for $50,000, subject to overbidding at the hearing on this motion.

This Motion is based upon this Notice of Hearing; the Motion and the Declaration of Susan

1 | K. Smith and Exhibits, filed herewith; all pleadings and papers on file in this action; and upon such other matters as may be presented to the Court at the time of the hearing.

Reference to the Motion is suggested for more detail. A copy may be obtained from the Bankruptcy Court whose address appears below.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one. If you do not have an attorney, you may wish to consult one.**

Pursuant to Local Rule 9014-1(f)(1), Trustee has provided parties with 28-days notice of this Motion. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your view on the Motion, then at least *fourteen calendar days* before the hearing on November 15, 2011, you or your attorney must file your response explaining your position at:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
501 I Street, 3rd Floor
Sacramento, CA 95814

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it fourteen calendar days prior to November 15, 2011. You must also mail a copy to:

| | |
|---|---|
| The Office of the U.S. Trustee | Susan K. Smith, Chapter 7 Trustee |
| 501 I Street, Suite 7-500 | c/o Desmond, Nolan, Livaich & Cunningham |
| Sacramento, CA 95814 | 1830 15th Street |
| | Sacramento, CA 95811 |

You or your attorney must also appear at the hearing at the time and place noted above. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion, remove the matter from the calendar and resolve it, including granting Trustee's request, without oral argument.

Dated: October 14, 2011        DESMOND, NOLAN, LIVAICH & CUNNINGHAM

By: _____
J. RUSSELL CUNNINGHAM
Attorneys for Susan K. Smith, Chapter 7 Trustee

2